UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
SUSAN MICHELLE DAVIS        )        CASE NO:  15-02884 - dd
                                          )        Chapter: 13
                                          )
_____ Debtor(s) _____  )

**TO:  All Creditors and Parties in Interest**

**NOTICE AND APPLICATION FOR SALE OF PROPERTY FREE AND CLEAR OF
LIENS**

YOU ARE HEREBY NOTIFIED that  Susan Michelle Davis    is applying for approval to sell
her undivided one-half interest in the property of the debtor's estate described below free and clear of all
liens and encumbrances according to the terms and conditions stated below:

TAKE FURTHER NOTICE that any response, return and/or objection to this application, should
be filed with the Court no later than twenty-one (21) days from service of motion/application and a copy
simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application unless a response,
return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on
September 11, 2017, at 10:00 a.m. at  J. Bratton Davis United States Bankruptcy Courthouse, 1100 Laurel
Street, Columbia, SC 29201.  No further notice of this hearing will be given.

TYPE OF SALE:        **private**

PROPERTY TO BE SOLD:

All that certain piece, parcel or lot of land situate, lying and being in Long Branch School
District, County of Barnwell, State of South Carolina, containing 1.5 acres as shown on a Plat
prepared by J.H. Brodie, RLS, dated December 20, 1974 and recorded in Plat Book S at Page
197 in the Office of the Clerk of Court for Barnwell County, South Carolina, and, according to
said Plat, being more particularly described as follows:  Beginning at a point on the Southern
corner of said lot and running thence North 45 degrees 49 minutes West for a distance of 285.35
feet to a point; thence North 38 degrees 59 minutes East for a distance of 231.20 feet to a point;
thence South 52 degrees 20 minutes East for a distance of 248.20 feet to a point, thence South 31
degrees 10 minutes West for a distance of 265.20 feet to the point of beginning.  Said lot is
generally bounded as follows:  On the Northeast by property of H.N. Hays;  On the Southeast by
66 foot proposed road as shown on said Plat;  On the Northwest by property of the Estate of T.L.
Biggers.

Being the same property conveyed to Clyde G. Davis Jr. and Michelle D. Davis by deed of
James Satkowski and Barbara J. Satkowski dated April 19, 2011 and recorded in Book 957 at
Page 117 in the Office of the Clerk of Court for Barnwell County, South Carolina.

TMN:  052-00-00-021

PRICE:  **$175,000.00 (Debtor's share is half.  Her husband owns the other half)**

APPRAISAL VALUE:    **$179,590.00  BUT DEBTOR IS SELLING THE PROPERTY WITHOUT AID OF A REALTOR AND WITHOUT PAYING A COMMISSION, AND WILL NET $5,910 MORE AT THE PROPOSED SALES PRICE THAN IF SOLD BY THROUGH A REALTOR AT THE APPRAISED VALUE.**

BUYER:          **GERALD MCDONALD AND FAYE MCDONALD, 492 Goss Lane Barnwell SC  29812.  No relation to Debtor**

PLACE AND TIME OF SALE:    **110 Main Street Barnwell SC on or before September 12, 2017 at or before 5:00 p.m..**

SALES AGENT/AUCTIONEER/BROKER:  **NONE**

COMPENSATION TO SALE AGENT/AUCTIONEER/BROKER/ETC: **NONE; HOWEVER, DEBTOR AS SELLER HAS AGREED TO PAY FOR PREPARATION AND RECORDING OF THE DEED AND CANCELLING THE MORTGAGE OF RECORD, AMOUN TING TO $877.50.  DEBTOR HAS AGREED THAT 2017 PROPERTY TAXES WILL BE PRO-RATED AS OF THE DATE OF CLOSING**

ESTIMATED TRUSTEE'S COMPENSATION: **$0__**

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY:  **2016 BARNWELL COUNTY TAXES IN THE SUM OF $1,593.96; FIRST MORTGAGE LIEN HELD BY:  JAMES SATKOWSKI AND BARBARA SATKOWSKI, WITH APPROXIMATE BALANCE DUE OF $140,000, LIENHOLDER CONSENTS TO THE SALE,  TAXES WILL BE PAID AND LIEN WILL BE SATISFIED FROM PROCEEDS OF SALE  LEAVING AN APPROXIMATE NET BALANCE TO DEBTOR AND HUSBAND OF $31,772.27.**

DEBTOR'S EXEMPTION:      **$15,886.14. DEBTOR WILL USE HER EXEMPTION TO APPLY TO PURCHASE PRICE OF A REPLACEMENT HOME.  DEBTOR'S HUSBAND WILL BE THE SOLE BORROWER ON THE INTENDED TRANSACTION AND DEBTOR WILL BE INCURRING NO ADDITIONAL DEBT.**

PROCEEDS ESTIMATED TO BE PAID TO ESTATE:      **$0.00**

STAY OF ORDER: **DEBTOR REQUESTS THAT THE AUTOMATIC 10-DAY STAY NOT APPLY TO THE FINAL ORDER APPROVING THIS SALE.**

Applicant is informed and believes that it would be in the best interest of the estate to sell said property by _private sale_.  Applicant also believes that the funds to be recovered for the estate from the sale of said property justify its sale and the filing of this application.

The Court may consider additional offers at any hearing held on this notice and application for sale.  The Court may order at any hearing that the property be sold to another party on equivalent or more favorable terms.

The trustee or debtor in possession, as applicable, may seek appropriate sanctions or other similar relief against any party filing a spurious objection to this notice and application.

WHEREFORE, applicant requests the Court issue an order authorizing sale of said property and such other and further relief as may be proper.

Date:  August 9, 2017

/s/J. Martin Harvey
Signature of Applicant

J. Martin Harvey
Attorney for Debtor
P.O. Box 705
Barnwell, S.C.  29812
Fed. I.D. No: 1758

<u>CERTIFICATE OF SERVICE</u>

I, Sarah Wood, legal assistant to J. Martin Harvey, attorney for <u>debtor</u>, do hereby certify I have served the foregoing Trustee, via electronic service, and creditor with a copy of a Notice and Application For Sale of Property, by serving a copy with postage pre-paid, by United States Mail, to the addresses below:

```
B&B Loans
13025 Main St
Williston SC 29853

Barnwell County
Treasurer
57 Wall Street, Room 123
Barnwell SC 29812

Clyde G. Davis Jr
82 Summer Drive
Barnwell SC 29812

Comenity Bank/Ann Taylor
Attention: Bankruptcy
Po Box 182686
Columbus OH 43218

Comenity Bank/New York & Company
Attention: Bankruptcy
P.O. Box 182125
Columbus OH 43218

James & Barbara Satkowski
261 Governors Grant Blvd
Lexington SC 29072

Local Finance
10131 Ellenton Street
Barnwell SC 29812

Palmetto State Bank
230 Main St
Allendale SC 29810

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk VA 23541

Receivable
1325 Garner Lane
Columbia SC 29210
```

```
Regional Finance
104 Main Street
Barnwell SC 29812

S C Electric & Gas
I-26
Columbia SC 29218

Sca Collect
Po Box 876
Greenville NC 27835

Srp Federal Credit Uni
1920 Whiskey Rd
Aiken SC 29802

Tek-collect Inc
Pob 1269
Columbus OH 43216

The Limited/WFNNB
Wfnnb/Attn: Bankruptcy
Po Box 182686
Columbus OH 43218

World Acceptance Corp
World Acceptance Corp/Attn Bankruptcy
Po Box 6429
Greenville SC 29606

World Finance Corp
World Acceptance Corp/Attn Bankruptcy
Po Box 6429
Greenville SC 29606

Wynd Discvry
10750 W Charleston
Las Vegas NV 89135
```

  /s/Sarah Wood

Dated:  August 9, 2017
Barnwell, S.C.